

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-21-00383-CV

───────────────────────

STUART BOZEMAN, Appellant

V.

WEATHERFORD EQUINE MEDICAL CENTER PC, Appellee

───────────────────────

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV20-0339

───────────────────────

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

On December 23, 2021, we notified appellant that the trial-court clerk responsible for preparing the record in this appeal has informed us that appellant has not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, by January 3, 2022, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

On January 18, 2022, we again notified appellant that we had been informed by the trial-court clerk that appellant has not arranged to pay for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). In that notice, we warned that we would dismiss the appeal for want of prosecution unless, by January 28, 2022, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Despite our two letters, appellant has not made payment arrangements for the clerk's record, and we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: February 10, 2022